COMMONWEALTH of Pennsylvania,
Respondent

v.

Stephen CARRUTHERS, Petitioner

No. 514 MAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

### ORDER

PER CURIAM

AND NOW, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Shakeem RICE, Petitioner

No. 469 EAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

### ORDER

PER CURIAM

AND NOW, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

COMMONWEALTH of Pennsylvania,
Respondent

v.

Ali GALLOWAY, Petitioner

No. 339 EAL 2016

Supreme Court of Pennsylvania.

January 31, 2017

### ORDER

PER CURIAM

AND NOW, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.